```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

The Ohio State University,      :

      Plaintiff,            :

  v.                            :     Case No. 2:14-cv-0397

Teespring, Inc.,                :     JUDGE MICHAEL H. WATSON
                                   Magistrate Judge Kemp

      Defendant.            :

## ORDER

The time for Defendant to respond to the motion to certify an issue for appeal is extended indefinitely.  The parties shall file a joint written status report within 90 days.  If necessary, a continued initial pretrial conference will be held following the submission of the status report.

                                     /s/ Terence P. Kemp
                                   United States Magistrate Judge