IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE OHIO STATE UNIVERSITY, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:14-CV-397 |
| | : | |
| v. | : | |
| | : | |
| TEESPRING, INC., | : | Judge Watson |
| | : | |
| Defendant. | : | Magistrate Judge Kemp |

## JOINT STATUS REPORT OF THE PARTIES

Pursuant to this Court's December 1, 2015 Order (Doc. # 46), Plaintiff The Ohio State University and Defendant Teespring, Inc. hereby submit this joint status report.

The Parties continue to negotiate in good faith toward settlement of this matter, subject to the Court vacating that portion of its Order [dkt. #28] dismissing Count III of Plaintiff's Amended Complaint. The Parties hereby notify the Court that the Parties are close to reaching a settlement and are currently in the process of negotiating a remaining final material term. The Parties, therefore, request that the Court order the Parties to submit an additional status report in approximately 30 days.

Respectfully submitted,

Michael DeWine
Ohio Attorney General

*/s/ Joseph R. Dreitler (per email authority)*
Joseph R. Dreitler     (0012441)
   *Trial Counsel*
Mary R. True          (0046880)
Dreitler True LLC
19 East Kossuth Street
Columbus, Ohio  43206
Phone:  (614) 449-6677
jdreitler@ustrademarklawyer.com
mtrue@ustrademarklawyer.com

*Special Counsel for Plaintiff*
*The Ohio State University*

*/s/  Gerhardt A. Gosnell II*
Gerhardt A. Gosnell II      (0064919)
   *Trial Counsel*
James E. Arnold & Associates, LPA
115 W. Main Street, Suite 400
Columbus, Ohio  43215
Phone: (614) 460-1608
Fax:    (614) 469-1093
ggosnell@arnlaw.com

*Counsel for Defendant Teespring, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Joint Status Report of the Parties was electronically filed this 15th day of January 2016, with the Clerk of Court using the Court's electronic filing system which will send notice of this filing to all parties that have entered an appearance in this matter.

*/s/ Gerhardt A. Gosnell II*
Gerhardt A. Gosnell II